# EXHIBIT A

```
Type of Work:       Computer File

Registration Number / Date:
                    TX0009309827 / 2023-06-20

Application Title: Group Registration for Automated Database Entitled ALL JOBS
                    by Jobiak, published updates from 9/1/2022 - 11/30/2022;
                    representative publication date: 11/18/2022; updated
                    daily.

Title:              ALL JOBS by Jobiak, published updates from 9/1/2022 -
                    11/30/2022; representative publication date: 11/18/2022;
                    updated daily.

Description:        Electronic file (eService)

Copyright Claimant:
                    Jobiak LLC, Transfer: By written agreement.

Date of Creation:   2022

Date of Publication:
                    2022-11-30

Nation of First Publication:
                    United States

Authorship on Application:
                    Venkata Janapareddy, 1973-  ;  Citizenship: United States.
                        Authorship: compilation of database information.
                    Venkata Rao Kannam, 1986-  ;  Citizenship: India.
                        Authorship: compilation of database information.
                    Jainendra Kumar, 1991-  ;  Citizenship: India. Authorship:
                        compilation of database information.

Pre-existing Material:
                    previous versions of database, third party text.

Basis of Claim:     new compilation of database information.

Copyright Note:     C.O. correspondence.

Names:              Janapareddy, Venkata, 1973-
                    Kannam, Venkata Rao, 1986-
                    Kumar, Jainendra, 1991-
                    Jobiak LLC
```

==============================================================================

# EXHIBIT B



# Shop Porter

## Dobbs Peterbilt

Job Expired!

## Job Location
Cabot, AR, US, 72023

## Employment Type
Full Time

## Job Posted On
19 July 2023

## Job Overview

**Job Category:** First Line Supervisors of Production and Operating Workers
**Industry:** Manufacturing
**Application Deadline:** 18 July 2023

### Job description

The Dobbs Truck Group is a growth company that successfully expands our operations and customer base through a high-quality team of employees.

Dobbs Truck Group operates 25 commercial truck dealerships through two operating companies – Dobbs Peterbilt and Western Truck Center. These dealerships represent some of the best commercial truck brands including Peterbilt, Volvo, Mack, Autocar, and Hino and include locations in Arkansas, California, Louisiana, Mississippi, Oregon, Tennessee, and Washington.

Shop Porter jobs near me in Cabot,AR,US - Dobbs Peterbilt

We offer a competitive benefits package including medical, dental, vision, long-term disability, life insurance, and 401(k), as well as paid vacation and sick leave. Our Company is looking for long-term employees that we can invest in and grow with as we pursue our mission of being the premier commercial truck dealer group.

### I. General Job Description

This position will be responsible for performing a variety of tasks to improve the efficiency of the Service shop.

The duties listed below are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or a logical assignment to the position.

### Responsibilities

- Regularly clean the shop environment, including disposal of hazardous chemicals in appropriate containers
- Follow OSHA approved procedures for a providing a safe work environment.
- Assist parts warehouse personnel with delivery and receipt of heavy-duty truck parts.
- Perform post repair road tests on heavy duty trucks.

### II. Minimum Job Qualifications

- 6-12 months' previous work experience in a heavy-duty truck shop environment
- Ability to read and comprehend both written and verbal instructions and policies/procedures.
- Ability to communicate with vendors, customers, and other employees.

### III. Desired Job Qualifications

- Strong attention to detail

### IV. Mental Capability Requirements

- **Comprehension:** Ability to understand opposing points of view on highly complex issues, negotiate, and integrate different viewpoints.
- **Organization:** Ability to organize and prioritize work schedules of others on long-term basis.
- **Reasoning & Decision Making:** Ability to make decisions with significant impact on department's credibility, operations, and services.
- **Communication:** Ability to formulate complex and comprehensive materials, such as legal documents, authoritative reports, official publications of major scope and impacts, and make formal presentations.

- **Mathematics:** Ability to compute, analyze, and interpret complex statistical data and develop forecasts and computer models.

## V. Physical Demands and Work Environment

The physical demands and work environment characteristics described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to use hands to handle or feel, reach with hands and arms, and talk or hear. The employee is frequently required to stand, walk, climb or balance, stoop, kneel, crouch or crawl, and taste or smell. The employee is occasionally required to sit. The employee must regularly lift and/or move up to 25 pounds, frequently lift and/or move up to 50 pounds, and occasionally lift and/or move up to 65 pounds. Specific vision abilities required by this job include color vision, peripheral vision, depth perception, and the ability to adjust focus.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts and risk of electrical shock. The employee is frequently exposed to wet and/or humid conditions, extreme heat, and vibration. The employee is occasionally exposed to high, precarious places, fumes or airborne particles, toxic or caustic chemicals, and outside weather conditions. The noise level is normally loud.

## VI. Common Expectations of Performance for all Employees

The following includes common expectations for all employees of the Company. The evaluation of job performance will be based on these common expectations as well as the position-specific responsibilities described above.

### Communications, Teamwork, and Feedback to Others

- Contribute to a work environment that is based on trust and respect.
- Have discussions on a regular basis with their manager to discuss opportunities to best achieve individual performance objectives and departmental goals.
- Suggest ways to improve the efficiency of conducting their job duties.
- Promote continuous improvement and change to support company growth.
- Mentor others unselfishly.
- Give credit where it's due.

### Company Loyal Policies and Work Ethic

- Adhere to the policies contained in the Employee Handbook.
- Adhere to the Company's Employee Conduct Policy.
- Support management decisions toward meeting company goals.
- Be open and receptive to new ideas, regardless of their origin.
- Make prudent decisions, which are based on the best interest of the Company and its long-term future.

**We are an Equal Opportunity Employer**

Dobbs Truck Group operates 25 commercial truck dealerships through two operating companies – Dobbs Peterbilt and Western Truck Center.

Dobbs Peterbilt and Western Truck Center are equal opportunity employers that values a broad diversity of talent, knowledge, experience, and expertise. We foster a culture of inclusion that drives employee engagement to deliver superior performance to the communities we serve. Dobbs Peterbilt and Western Truck Parts do not discriminate in hiring or employment on the basis of race, color, religious creed, national origin, sex, ancestry, pregnancy, genetic information, gender identity, sexual orientation, or marital status; or on the basis of age against persons whose age is 40 and over, or on the basis of physical or mental disability; or to disabled veterans or to Vietnam veterans.

We are proud to be an affirmative action employer and encourage minorities, women, individuals with disabilities, and veterans to join our team.

Job Expired!

## Job seekers searching for Dobbs Peterbilt

peterbilt jobs
truck careers
truck company jobs
truck jobs near me
trucking dispatcher jobs

## Other job titles you may consider

auto shop porter
cleaning jobs
lot attendant
service porter
service technician

Shop Porter jobs near me in Cabot,AR,US - Dobbs Peterbilt

## Trending Searches in Cabot, Arkansas

jobs in Cabot
Shop Porter Cabot Arkansas United States
current vacancy Arkansas
latest vacancy in Cabot

## Jobs currently in Demand

Porter
Shop
Body shop
Auto detailer
Assistant

## Searches you may like

truck group jobs
jobs hiring immediately
manufacturing jobs
truck jobs
shop porter jobs
janitor jobs
dobbs peterbilt jobs
heavy truck jobs
jobs near me
service jobs

# Related Jobs



**Shop Porter**

Dobbs Peterbilt

♥ Austin,AR,US

📅 23 July 2023

**Shop Porter**

Dobbs Peterbilt

📍 White Hall,AR,US

🗓 23 July 2023

---

**Shop Porter**

Dobbs Peterbilt

📍 Sheridan,AR,US

🗓 23 July 2023

---

**Shop Porter**

Dobbs Peterbilt

📍 Vilonia,AR,US

🗓 23 July 2023

---

**Shop Porter**

Dobbs Peterbilt

📍 Little Rock,AR,US

🗓 26 July 2023

Create Resume with ChatGPT

APPLY

# Shop Porter

**DOBBS PETERBILT  CABOT, AR**

PORTER  TRUCK  HEAVY DUTY  LIFT  MOVE UP  VETERANS  GROWTH  OPERATIONS  TEAM  OPERATING  CHEMICALS  PROCEDURES  MENTAL

🕒 March 18, 2023
🏢 Dobbs Peterbilt
📍 Cabot, AR
🗓 FULL_TIME

**NEXT →**

| Trending For You Today | |
|---|---|
| NextArticle | Read |

The Dobbs Truck Group is a growth company that successfully expands our operations and customer base through a high-quality team of employees.

Dobbs Truck Group operates 25 commercial truck dealerships through two operating companies – Dobbs Peterbilt and Western Truck Center. These dealerships represent some of the best commercial truck brands including Peterbilt, Volvo, Mack, Autocar, and Hino and include locations in Arkansas, California, Louisiana, Mississippi, Oregon, Tennessee, and Washington.

We offer a competitive benefits package including medical, dental, vision, long-term disability, life insurance, and 401(k), as well as paid vacation and sick leave. Our Company is looking for long-term employees that we can invest in and grow with as we pursue our mission of being the premier commercial truck dealer group.

**I. General Job Description**

This position will be responsible for performing a variety of tasks to improve the efficiency of the Service shop.

The duties listed below are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is similar, related, or a logical assignment to the position.

**Responsibilities**

- Regularly clean the shop environment, including disposal of hazardous chemicals in appropriate containers
- Follow OSHA approved procedures for a providing a safe work environment.
- Assist parts warehouse personnel with delivery and receipt of heavy-duty truck parts.
- Perform post repair road tests on heavy duty trucks.

**II. Minimum Job Qualifications**

- 6-12 months' previous work experience in a heavy-duty truck shop environment
- Ability to read and comprehend both written and verbal instructions and policies/procedures.
- Ability to communicate with vendors, customers, and other employees.

**III. Desired Job Qualifications**

- Strong attention to detail

**IV. Mental Capability Requirements**

- **Comprehension:** Ability to understand opposing points of view on highly complex issues, negotiate, and integrate different viewpoints.
- **Organization:** Ability to organize and prioritize work schedules of others on long-term basis.
- **Reasoning & Decision Making:** Ability to make decisions with significant impact on department's credibility, operations, and services.
- **Communication:** Ability to formulate complex and comprehensive materials, such as legal documents, authoritative reports, official publications of major scope and impacts, and make formal presentations.
- **Mathematics:** Ability to compute, analyze, and interpret complex statistical data and develop forecasts and computer models.

**V. Physical Demands and Work Environment**

The physical demands and work environment characteristics described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to use hands to handle or feel, reach with hands and arms, and talk or hear. The employee is frequently required to stand, walk, climb or balance, stoop, kneel, crouch or crawl, and taste or smell. The employee is occasionally required to sit. The employee must regularly lift and/or move up to 25 pounds.

7/26/23, 3:34 PM                                              Shop Porter at Dobbs Peterbilt - Arkansas Jobs - Tarta.ai

frequently lift and/or move up to 50 pounds, and occasionally lift and/or move up to 65 pounds. Specific vision abilities required by this job include color vision, peripheral vision, depth perception, and the ability to adjust focus.



While performing the duties of this job, the employee is regularly exposed to moving mechanical parts and risk of electrical shock. The employee is frequently exposed to wet and/or humid conditions, extreme heat, and vibration. The employee is occasionally exposed to high, precarious places, fumes or airborne particles, toxic or caustic chemicals, and outside weather conditions. The noise level is normally loud.

**VI. Common Expectations of Performance for all Employees**

The following includes common expectations for all employees of the Company. The evaluation of job performance will be based on these common expectations as well as the position-specific responsibilities described above.

**Communications, Teamwork, and Feedback to Others**

- Contribute to a work environment that is based on trust and respect.
- Have discussions on a regular basis with their manager to discuss opportunities to best achieve individual performance objectives and departmental goals.
- Suggest ways to improve the efficiency of conducting their job duties.
- Promote continuous improvement and change to support company growth.
- Mentor others unselfishly.
- Give credit where it's due.

**Company Loyal Policies and Work Ethic**

- Adhere to the policies contained in the Employee Handbook.
- Adhere to the Company's Employee Conduct Policy.
- Support management decisions toward meeting company goals.
- Be open and receptive to new ideas, regardless of their origin.
- Make prudent decisions, which are based on the best interest of the Company and its long-term future.

**We are an Equal Opportunity Employer**

Dobbs Truck Group operates 25 commercial truck dealerships through two operating companies – Dobbs Peterbilt and Western Truck Center.

Dobbs Peterbilt and Western Truck Center are equal opportunity employers that values a broad diversity of talent, knowledge, experience, and expertise. We foster a culture of inclusion that drives employee engagement to deliver superior performance to the communities we serve. Dobbs Peterbilt and Western Truck Parts do not discriminate in hiring or employment on the basis of race, color, religious creed, national origin, sex, ancestry, pregnancy, genetic information, gender identity, sexual orientation, or marital status; or on the basis of age against persons whose age is 40 and over, or on the basis of physical or mental disability; or to disabled veterans or to Vietnam veterans.

We are proud to be an affirmative action employer and encourage minorities, women, individuals with disabilities, and veterans to join our team.

ⓘ Report this job



## Similar jobs near me

- shop porter jobs near me



"Okay Tarta, find me a job
near me in Arkansas!"

7/26/23, 3:34 PM                                        Shop Porter at Dobbs Peterbilt - Arkansas Jobs - Tarta.ai

**CHARITY**

Stand with Ukraine 🌻

**CONTACT US**

2093 PHILADELPHIA PIKE #1986, CLAYMONT, DE 19703

Contact us

California Privacy Notice  Privacy  Terms of use

© 2016 - 2023 Botmakers LLC, All Rights Reserved

■ tarta.ai                                                                          Create Resume with ChatGPT
California

# Warranty Administrator

**WESTERN TRUCK CENTER  WOODLAND, CA**

ADMINISTRATOR  TRUCK  ADMINISTRATOR  TEAM  VETERANS  HEAVY DUTY  COMMUNICATION  GROWTH
REVENUE  MENTAL  OBJECTS  LEASING  OPERATIONS

🕓 August 29, 2023
🏢 Western Truck Center
📍 Woodland, CA
🗓 FULL_TIME

|                          | APPLY |
|--------------------------|-------|

### 2 Easy Steps

## Start Now

1. Click "**Start Now**"

2. Add Securify for Chrome™

**Warranty Administrator Job summary:**

The Western Truck Center is a company focused on growth, achieving expansion in operations and customer outreach by employing a skilled and dedicated team of professionals.

These dealerships proudly showcase some of the top commercial truck brands such as Peterbilt, Volvo, Mack, Autocar, and Hino. They are strategically situated in various states, including Arkansas, California, Louisiana, Mississippi, Oregon, Tennessee, and Washington.

We provide a comprehensive benefits package that encompasses medical, dental, vision, long-term disability, life insurance, and a 401(k) retirement plan. In addition, we offer paid vacation and sick leave. Our company is actively seeking individuals interested in long-term commitment, as we are eager to invest in and develop our employees while working towards our goal of becoming the leading commercial truck dealer group.

**I. Warranty Administrator Job Description**

The role involves handling warranty claims related to repair services.

The following duties are provided as examples of the various tasks that may be assigned. If specific duties are not mentioned, it does not mean they are excluded from the position, especially if they are similar, related, or logically connected to the role.

**Warranty Administrator Responsibilities**

- Administer warranty repair orders to maximize revenue recovery from suppliers.
- Collaborate with service staff to address issues and optimize revenue recovery from claims.
- Ensure prompt and accurate submission of all claims.
- Inform the Service and Parts Departments about the appropriate timing for processing cores and other parts held due to warranty repairs.
- Engage in special projects and compile specialized reports as required.

**II. Warranty Administrator Job Qualifications**

- Minimum age requirement is 18 years.
- Must have one year of introductory experience in repairing heavy-duty trucks.

**III. Desired Job Qualifications**

- Completion of high school or GED, or a minimum of one year of relevant work experience.
- Previous experience in Accounts Receivable.
- A strong commitment and eagerness to acquire skills in medium and heavy-duty truck repair.
- Intermediate to advanced proficiency in Microsoft Excel, Word, and Outlook.
- Demonstrated skills in organization and communication.
- Reliable team player with a positive demeanor.

**IV. Mental Capability Requirements**

- **Comprehension:** The skill to grasp diverse perspectives on intricate matters, negotiate, and harmonize contrasting viewpoints.
- **Organization:** The ability to efficiently arrange and prioritize the work schedules of others over an extended period.
- **Reasoning & Decision Making:** The capability to make decisions that carry substantial consequences for the department's reputation, functioning, and services.
- **Communication:** Proficiency in utilizing and filling out routine forms or engaging in routine verbal communication.
- **Mathematics:** The capacity to calculate, analyze, and interpret numerical data for the purpose of generating reports.

**V. Physical Demands and Work Environment**

The physical requirements and conditions of the work environment mentioned here are indicative of what an employee must meet to effectively carry out the core responsibilities of this job. Reasonable adjustments can be provided to facilitate individuals with disabilities in performing these essential functions.

During the execution of job responsibilities, the employee may be called upon to perform the following physical actions occasionally: stand, walk, sit, use hands and arms to handle or manipulate objects, tools, or controls, reach with hands and arms, climb stairs, maintain balance, stoop, kneel, crouch or crawl, communicate verbally or through hearing, and discern tastes or odors. The employee may occasionally need to lift and/or move objects weighing up to 25 pounds. Specific visual abilities required for the job encompass close vision, distance vision, color vision, peripheral vision, depth perception, and the capacity to adjust focus.

# 3 Foods That Fight Memory Loss

Forgetful? Eat these foods once daily and w…

While engaged in the responsibilities of this role, the employee is not subject to outdoor weather conditions. The typical noise level within the work environment is usually at a moderate level.

**VI. Common Expectations of Performance for all Employees**

The subsequent points outline the standard expectations for all employees within the company. The assessment of job performance will consider both these universal expectations and the specific duties outlined for the position mentioned earlier.

**Communications, Teamwork, and Feedback to Others**

- Foster a work environment rooted in trust and respect.
- Engage in regular discussions with their manager to explore strategies for achieving individual performance goals and departmental objectives.
- Propose ideas to enhance the efficiency of their job tasks.
- Encourage ongoing improvements and adapt to changes that facilitate company growth.
- Selflessly mentor others.
- Acknowledge and give credit where it's deserved.

**Company Loyal Policies and Work Ethic**

- Follow the guidelines outlined in the Employee Handbook.
- Comply with the Company's Employee Conduct Policy.
- Back management decisions that align with company objectives.
- Embrace and be open to innovative ideas, regardless of their source.
- Make thoughtful decisions that prioritize the Company's best interests and its long-term sustainability

**We are an Equal Opportunity Employer**

Western Truck Center is committed to being an equal opportunity employer that values a wide range of talent, knowledge, experience, and expertise. We actively promote an inclusive culture that encourages employee engagement, ultimately resulting in exceptional performance for the communities we serve. Western Truck Parts does not engage in discriminatory practices during the hiring process or in employment, irrespective of race, color, religious creed, national origin, sex, ancestry, pregnancy, genetic information, gender identity, sexual orientation, marital status, or age (for individuals aged 40 and over). We also do not discriminate based on physical or mental disability and extend equal opportunities to disabled veterans and Vietnam veterans.

We take pride in being an affirmative action employer and enthusiastically welcome individuals from diverse backgrounds, including minorities, women, individuals with disabilities, and veterans, to become part of our team.

We take pride in being an affirmative action employer and enthusiastically welcome individuals from diverse backgrounds, including minorities, women, individuals with disabilities, and veterans, to become part of our team.

**Western Truck Center Company culture:**

At Western Truck Center Company, Western Truck Center's culture centers on unwavering excellence and reliability. As a premier Western Truck Center trucking solutions provider, we specialize in sales, leasing, and servicing of commercial trucks and equipment. Our wide array of Western Truck Center offerings, spanning from

heavy-duty to refrigerated trucks, serves diverse industries in the Western Truck Center Western region. With a focus on customers, Western Truck Center provides leasing options for accessible vehicle solutions. Our stringent Western Truck Center inspections guarantee quality for used trucks. Skilled technicians at Western Truck Center in our service department optimize truck performance. We offer authentic Western Truck Center truck parts and accessories and provide personalized financing solutions across Western Truck Center multiple locations. Stay updated through Western Truck Center website and social media, showcasing our commitment to information sharing.

🛈 Report this job



## Similar jobs near me

- warranty administrator jobs near me

## Related articles

- Climbing the Ladder of Success: A Guide to Becoming an Education Administrator
- Unlocking the Door to Your Dream Career: The Journey to Becoming an Education Administrator
- Champions of Higher Education: An Inside Look at the Daily Tasks of a Higher Education Administrator
- Transforming Education for Students with Special Needs: A Look at the Job of a Special Education Administrator
- How Much Does a Database Administrator Make? An Overview

### tarta.ai

"Okay Tarta, find me a job near me in California!"

**CHARITY**

Stand with Ukraine 🇺🇦

**CONTACT US**

2093 PHILADELPHIA PIKE #1986, CLAYMONT, DE 19703

Contact us

© 2016 - 2022 Botmakers LLC, All Rights Reserved
California Privacy Notice  Privacy  Terms of use

**[Original Jobiak listing for Warranty Administrator]**



# Warranty Administrator

Western Truck Center

Job Expired!

| Job Location | Employment Type | Job Posted On |
|---|---|---|
| Woodland, CA, US, 95695 | Full Time | 27 September 2023 |

## Job description

### Warranty Administrator Job summary:

The Western Truck Center is a company focused on growth, achieving expansion in operations and customer outreach by employing a skilled and dedicated team of professionals.

These dealerships proudly showcase some of the top commercial truck brands such as Peterbilt, Volvo, Mack, Autocar, and Hino. They are strategically situated in various states, including Arkansas, California, Louisiana, Mississippi, Oregon, Tennessee, and Washington.

We provide a comprehensive benefits package that encompasses medical, dental, vision, long-term disability, life insurance, and a 401(k) retirement plan. In addition, we offer paid vacation and sick leave. Our company is actively seeking individuals interested in long-term commitment, as we are eager to invest in and develop our employees while working towards our goal of becoming the leading commercial truck dealer group.

### I. Warranty Administrator Job Description

The role involves handling warranty claims related to repair services.

## Job Overview

**Job Category:** First Line Supervisors of Office and Administrative Support Workers

**Industry:** Automotive

**Application Deadline:** 26 September 2023

## Related Jobs

**Warranty Administrator**

Western Truck Center

- ⚲ West Sacramento, CA, US
- ▦ 18 September 2023

**Warranty Administrator**

The following duties are provided as examples of the various tasks that may be assigned. If specific duties are not mentioned, it does not mean they are excluded from the position, especially if they are similar, related, or logically connected to the role.

**Warranty Administrator Responsibilities**

- Administer warranty repair orders to maximize revenue recovery from suppliers.
- Collaborate with service staff to address issues and optimize revenue recovery from claims.
- Ensure prompt and accurate submission of all claims.
- Inform the Service and Parts Departments about the appropriate timing for processing cores and other parts held due to warranty repairs.
- Engage in special projects and compile specialized reports as required.

**II. Warranty Administrator Job Qualifications**

- Minimum age requirement is 18 years.
- Must have one year of introductory experience in repairing heavy-duty trucks.

**III. Desired Job Qualifications**

- Completion of high school or GED, or a minimum of one year of relevant work experience.
- Previous experience in Accounts Receivable.
- A strong commitment and eagerness to acquire skills in medium and heavy-duty truck repair.
- Intermediate to advanced proficiency in Microsoft Excel, Word, and Outlook.
- Demonstrated skills in organization and communication.
- Reliable team player with a positive demeanor.

**IV. Mental Capability Requirements**

- **Comprehension:** The skill to grasp diverse perspectives on intricate matters, negotiate, and harmonize contrasting viewpoints.
- **Organization:** The ability to efficiently arrange and prioritize the work schedules of others over an extended period.
- **Reasoning & Decision Making:** The capability to make decisions that carry substantial consequences for the department's reputation, functioning, and services.
- **Communication:** Proficiency in utilizing and filling out routine forms or engaging in routine verbal communication.

Western Truck Center

📍 Lincoln,CA,US

📅 3 October 2023

---

**Warranty Administrator**

Western Truck Center

📍 Yountville,CA,US

📅 3 October 2023

---

**Warranty Administrator**

Western Truck Center

📍 Auburn,CA,US

📅 3 October 2023

---

**Warranty Administrator**

Western Truck Center

📍 West Sacramento,CA,US

📅 4 October 2023

- **Mathematics:** The capacity to calculate, analyze, and interpret numerical data for the purpose of generating reports.

### V. Physical Demands and Work Environment

The physical requirements and conditions of the work environment mentioned here are indicative of what an employee must meet to effectively carry out the core responsibilities of this job. Reasonable adjustments can be provided to facilitate individuals with disabilities in performing these essential functions.

During the execution of job responsibilities, the employee may be called upon to perform the following physical actions occasionally: stand, walk, sit, use hands and arms to handle or manipulate objects, tools, or controls, reach with hands and arms, climb stairs, maintain balance, stoop, kneel, crouch or crawl, communicate verbally or through hearing, and discern tastes or odors. The employee may occasionally need to lift and/or move objects weighing up to 25 pounds. Specific visual abilities required for the job encompass close vision, distance vision, color vision, peripheral vision, depth perception, and the capacity to adjust focus.

While engaged in the responsibilities of this role, the employee is not subject to outdoor weather conditions. The typical noise level within the work environment is usually at a moderate level.

### VI. Common Expectations of Performance for all Employees

The subsequent points outline the standard expectations for all employees within the company. The assessment of job performance will consider both these universal expectations and the specific duties outlined for the position mentioned earlier.

#### Communications, Teamwork, and Feedback to Others

- Foster a work environment rooted in trust and respect.
- Engage in regular discussions with their manager to explore strategies for achieving individual performance goals and departmental objectives.
- Propose ideas to enhance the efficiency of their job tasks.
- Encourage ongoing improvements and adapt to changes that facilitate company growth.
- Selflessly mentor others.
- Acknowledge and give credit where it's deserved.

**Company Loyal Policies and Work Ethic**

- Follow the guidelines outlined in the Employee Handbook.
- Comply with the Company's Employee Conduct Policy.
- Back management decisions that align with company objectives.
- Embrace and be open to innovative ideas, regardless of their source.
- Make thoughtful decisions that prioritize the Company's best interests and its long-term sustainability

**We are an Equal Opportunity Employer**

Western Truck Center is committed to being an equal opportunity employer that values a wide range of talent, knowledge, experience, and expertise. We actively promote an inclusive culture that encourages employee engagement, ultimately resulting in exceptional performance for the communities we serve. Western Truck Parts does not engage in discriminatory practices during the hiring process or in employment, irrespective of race, color, religious creed, national origin, sex, ancestry, pregnancy, genetic information, gender identity, sexual orientation, marital status, or age (for individuals aged 40 and over). We also do not discriminate based on physical or mental disability and extend equal opportunities to disabled veterans and Vietnam veterans.

We take pride in being an affirmative action employer and enthusiastically welcome individuals from diverse backgrounds, including minorities, women, individuals with disabilities, and veterans, to become part of our team.

We take pride in being an affirmative action employer and enthusiastically welcome individuals from diverse backgrounds, including minorities, women, individuals with disabilities, and veterans, to become part of our team.

**Western Truck Center Company culture**:

At Western Truck Center Company, Western Truck Center's culture centers on unwavering excellence and reliability. As a premier Western Truck Center trucking solutions provider, we specialize in sales, leasing, and servicing of commercial trucks and equipment. Our wide array of Western Truck Center offerings, spanning from heavy-duty to refrigerated trucks, serves diverse industries in the Western Truck Center Western region. With a focus on customers, Western Truck Center provides leasing options for accessible vehicle solutions. Our stringent Western Truck Center inspections guarantee quality for used trucks. Skilled technicians at Western Truck Center in our service department optimize truck performance. We offer

authentic Western Truck Center truck parts and accessories
and provide personalized financing solutions across Western
Truck Center multiple locations. Stay updated through Western
Truck Center website and social media, showcasing our
commitment to information sharing.

Job Expired!

**Top Searches**

Job Openings Near Me
Jobs Near Me
Jobs Hiring Now
Jobs Hiring Immediately

**Job seekers
searching for
Western Truck Center**

Western Truck Center
Employment Opportunities
Western Truck Center Jobs
Near Me
Western Truck Center
Careers

**Other job titles you
may consider**

Warranty Administrator Jobs
Near Me
Automotive Warranty
Administrator Jobs
Service Warranty
Administrator Jobs
Administrative Assistant Jobs
Near Me

**Trending Searches in
Woodland, CA**

Woodland Warranty
Administrator career
jobs Western Truck Center
Woodland

 **tarta.ai**                                                                    Create Resume with ChatGPT

# Nursing Aide

CONE HEALTH   GREENSBORO, NC                                           APPLY

NURSING AIDE NURSE PATIENTS HEALTHCARE MEDICAL SUPPLIES COMMUNICATION TECH
NURSING MEDICATION PATIENT CARE TRANSFER

🕐 August 29, 2023
🏢 Cone Health
📍 Greensboro, NC
🗓 PART_TIME

**2 Easy Steps**

## Start Now

1. Click "Start Now"

2. Add Securify for Chrome™

**Overview:**

Possesses clearance to gain entry into non-controlled medication areas in patient care regions, where such action is necessary to transfer non-controlled substances or assist other authorized medical workers in retrieving same.

**Responsibilities:**

Assistance is provided with meal set-up and feeding patients as needed, distributing nutritional supplements and snacks according to the patient's plan of care.

Manages non-controlled medications, giving them to properly certified staff on the unit. Monitors video surveillance cameras to maintain a high state of awareness in the facility.

Completes all mandatory educational, competency, and proficiency requirements of the department.

Assists in keeping track of supplies, instruments, equipment, nourishments, and office supplies within the unit's inventory.

**Qualifications:**

To be considered for this job, you must have completed high school or its equivalent.

**Experience:**

LICENSURE/CERTIFICATION/REGISTRY/LISTING:REQUIRED

Good communication skills are essential for a nurse aid I to be able to properly document patient information, report changes in condition, and provide emotional support to patients and their families.

Paraphrased: Effective communication abilities are necessary for NAII's to interact with patients, families, and healthcare providers.

The American Heart Association's Healthcare Provider BLS course is typically recommended for individuals who work in healthcare settings or who are pursuing careers in the medical field. It includes more detailed training on topics such as recommended drugs, airway management, and team dynamics.

My active and good standing registrations as a Nurse Tech II with the North Carolina Board of Nursing and Nurse Tech I with the NC Nurse Aide Registry enable me to provide exceptional nursing care.

PREFERRED

ℹ️ Report this job



## Similar jobs near me

- nursing aide jobs near me

## Related articles

- Starting a Career as a Nursing Instructor
- Nursing Instructor Salary in the United States
- Online Nursing Instructor: How to Become One?
- What Are the Most Needed Nursing Instructor Positons
- Average Salary of Nursing Instructors in the USA

**North Carolina**
**tarta.ai**

"Okay Tarta, find me a job
near me in North Carolina!"

**CHARITY**

Stand with Ukraine

**CONTACT US**

2093 PHILADELPHIA PIKE #1986, CLAYMONT, DE 19703

Contact us

© 2016 - 2022 Botmakers LLC, All Rights Reserved
California Privacy Notice   Privacy   Terms of use

**[Original Jobiak listing for Nursing Aide]**



# Nursing Aide

Cone Health

Apply Now

| Job Location | Employment Type | Job Posted On |
|---|---|---|
| Greensboro, NC, US, 27401 | Part Time | 27 September 2023 |

## Job description

### Overview:

Possesses clearance to gain entry into non-controlled medication areas in patient care regions, where such action is necessary to transfer non-controlled substances or assist other authorized medical workers in retrieving same.

### Responsibilities:

Assistance is provided with meal set-up and feeding patients as needed, distributing nutritional supplements and snacks according to the patient's plan of care.

Manages non-controlled medications, giving them to properly certified staff on the unit. Monitors video surveillance cameras to maintain a high state of awareness in the facility.

Completes all mandatory educational, competency, and proficiency requirements of the department.

Assists in keeping track of supplies, instruments, equipment, nourishments, and office supplies within the unit's inventory.

### Qualifications:

To be considered for this job, you must have completed high school or its equivalent.

## Job Overview

**Job Category:** Nursing Assistants
**Industry:** Health Science
**Application Deadline:** 25 October 2023

## Related Jobs

**Nursing Aide**

Cone Health

📍 Trinity, NC, US

📅 13 September 2023

**Nursing Aide**

Cone Health

📍 Thomasville, NC, US

**Experience**:

LICENSURE/CERTIFICATION/REGISTRY/LISTING:REQUIRED

Good communication skills are essential for a nurse aid I to be able to properly document patient information, report changes in condition, and provide emotional support to patients and their families.

Paraphrased: Effective communication abilities are necessary for NAII's to interact with patients, families, and healthcare providers.

The American Heart Association's Healthcare Provider BLS course is typically recommended for individuals who work in healthcare settings or who are pursuing careers in the medical field. It includes more detailed training on topics such as recommended drugs, airway management, and team dynamics.

My active and good standing registrations as a Nurse Tech II with the North Carolina Board of Nursing and Nurse Tech I with the NC Nurse Aide Registry enable me to provide exceptional nursing care.

PREFERRED

Apply Now

|  |  |
|---|---|
| 📅 | 13 September 2023 |

**Nursing Aide**

Cone Health

📍 High Point,NC,US

📅 13 September 2023

**Nursing Aide**

Cone Health

📍 Graham,NC,US

📅 13 September 2023

**Nursing Aide**

Cone Health

📍 Stokesdale,NC,US

📅 13 September 2023

**Top Searches**

Nursing Assistants jobs
Nursing Aide placements
Cone Health part time
Nursing Assistants Job
Cone Health worker

**Job seekers searching for Cone Health**

Cone Health Jobs
Cone Health Employment Opportunities
Cone Health Careers
Cone Health Vacancies
Cone Health Recruitment Opportunities
Cone Health Jobs Hiring Near Me

**Other job titles you may consider**

**Trending Searches in Greensboro, NC**

Nursing Aide jobs near me in Greensboro, NC, US at Cone Health

Certified Nursing Assistant

CNA

Nursing Assistant CNA

Home Health Aid

Hospice Aide

Certified Nurse Aide

CNA - Certified Nurse's Assistant

jobs Cone Health

Greensboro

Cone Health recruitment in

United States

latest vacancy in Greensboro

## Jobs currently in Demand

Nurse aide

Nurse assistant

Aide

Care assistant

Caregiver

Certified nursing

Nursing

Nursing aide

# EXHIBIT C



**OMNI LEGAL GROUP**
2029 Century Park East., Suite 400, Los Angeles, CA 90067

January 18, 2023

***TRANSMITTED VIA PRIORITY MAIL***

Oleksandr Gamaniuk
Chief Executive Officer
Botmakers LLC dba Tarta.ai
2093 Philadelphia Pike #1986
Claymont, DE 19703
support@tarta.ai

<u>**re:    *Misappropriation of Intellectual Property; Unlawful Use of Copyright***</u>

Dear Mr. Gamaniuk,

     This firm represents Jobiak, Inc. (our "Client"), who, as you are likely aware, is the proprietor of <u>www.jobiak.ai</u>. Our Client is also the sole copyright owner for all of the original job listings posted on its website.

     Our Client is an industry innovator that has successfully fused machine learning technology with practical recruitment approaches. Using proprietary technology, our Client has been the first to not only scrape 100% of all online jobs in real-time but also automate the conversion and optimization of job descriptions to meet Google's schema requirements. No other company uses a similar process, which renders third-party infringement glaring. Through extensive promotion and

Oleksandr Gamaniuk – Tarta.ai
January 18, 2023
Page 2 of 7

use, our Client's works have become exclusively associated with its services and represent

enormous goodwill.

It has recently come to our attention that the aforementioned works are being used for

commercial purposes without permission by your company, Botmakers LLC doing business as

Tarta.ai ("Tarta.ai"). Specifically, Tarta.ai has been scraping the data from our Client's website

and using it on at least the tarta.ai website. *See* **EXHIBIT A** for an example of Tarta.ai's infringing

listings. To make matters worse, our Client previously placed Tarta.ai on notice of its infringement,

yet you persist in your wrongful conduct.

United States copyright laws protect original works of authorship, such as our Client's

original job listings and the data associated therewith. Tarta.ai's unauthorized scraping and

reproduction of our Client's copyrighted material likely constitutes copyright infringement under

17 U.S.C. § 501. Moreover, due to this unlawful conduct, Tarta.ai may also be liable for unfair

competition under California Business & Professions Code § 17200.

As you may be aware, remedies available to the copyright owner include:

- an injunction against further infringement – such as an order preventing you from future
  use, copying, or distribution of the copyrighted works;

- impounding or destruction of infringing copies;

- damages, including statutory damages up to $30,000; and

- costs and attorney's fees.

Oleksandr Gamaniuk – Tarta.ai
January 18, 2023
Page 3 of 7

Our Client's intellectual property rights have been acquired at great expense and are extremely important and valuable assets of its business. Accordingly, our Client has instructed us to take the appropriate steps to protect its business interests. On behalf of Jobiak, Inc., we demand that you immediately do the following:

1. Cease and desist the import, sale, distribution, advertising, and offer for sale of all merchandise or services which infringe any of Jobiak, Inc.'s intellectual property, and undertake not to engage in such conduct in the future;

2. Remove all such content pertaining to any of Jobiak, Inc.'s intellectual property from all online forums controlled by you (tarta.ai, Facebook®, Twitter®, Instagram®, Tumblr®, etc.);

3. Contact all third parties similarly using Jobiak, Inc.'s intellectual property and ask them to similarly cease and desist such use, and provide Jobiak, Inc. with a list of all such third parties;

4. Agree in writing that neither you, nor any other person or entity acting on behalf of or in connection with you will directly or indirectly engage in further unauthorized advertisement and/or sale of goods and/or services utilizing Jobiak, Inc.'s intellectual property;

5. Pay to Jobiak, Inc. all profits made from any such sale of products and/or services and any other exploitation of Jobiak, Inc.'s intellectual property; and

6. Deliver to our office all unsold infringing advertisements and/or products.

### CEASE AND DESIST CONFIRMATION

By signing below, I, Oleksandr Gamaniuk, on behalf of myself and Botmakers LLC dba Tarta.ai, agree to:

1. Cease and desist the import, sale, distribution, advertising, and offer for sale of all merchandise or services which infringe any of Jobiak, Inc.'s intellectual property, and undertake not to engage in such conduct in the future;

2. Remove all such content pertaining to any of Jobiak, Inc.'s intellectual property from all online forums controlled by you (tarta.ai, Facebook®, Twitter®, Instagram®, Tumblr®, etc.);

3. Contact all third parties similarly using Jobiak, Inc.'s intellectual property and ask them to similarly cease and desist such use, and provide Jobiak, Inc. with a list of all such third parties;

4. Agree in writing that neither you, nor any other person or entity acting on behalf of or in connection with you will directly or indirectly engage in further unauthorized advertisement and/or sale of goods and/or services utilizing Jobiak, Inc.'s intellectual property;

5. Pay to Jobiak, Inc. all profits made from any such sale of products and/or services and any other exploitation of Jobiak, Inc.'s intellectual property; and

6. Deliver to our office all unsold infringing advertisements and/or products.

_____          _____
**Oleksandr Gamaniuk**                             **Date**