**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Omid E. Khalifeh, SBN 267340 <br> Omni Legal Group <br> 2029 Century Park East  Suite 400 Los Angeles, CA 90067 <br> TELEPHONE NO.: (310) 276-6664  \| FAX NO.  \| E-MAIL ADDRESS *(Optional):* lara@omnilegalgroup.com <br> ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 350 W. FIRST STREET | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |

| PLAINTIFF: JOBIAK, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: BOTMAKERS LLC, d.b.a. TARTA.AI | 2:23-CV-08604-MEMF-MRWx |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> JOBIAK, LLC |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ Cross-complaint
   - f. ☒ other *(specify documents):* **Complaint; Exh. to the Complaint; Summons; Civil Case Cover Sheet; Notice of Appearance; Notice of Assignment to District Judge; Notice to Counsel Re: Consent to Proceed before Magistrate Judge; ADR Notice.**
3. a. Party served *(specify name of party as shown on documents served):*
   **BOTMAKERS LLC, d.b.a. TARTA.AI**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Sharif Doe  - Operations Admin**

   **Age: 30 Race: AM Sex: Male Height: 5.7 Weight: 180 Hair: Brown**
4. Address where the party was served: **2093 PHILADELPHIA PIKE #1986, CLAYMONT, DE 19703**
5. I served the party *(check proper box)*
   - a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/18/2024**   (2) at *(time):* **12:07 PM**
   - b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20).  I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> **POS010-1/44020** |
|---|---|---|

| | |
|---|---|
| PETITIONER: **JOBIAK, LLC** | CASE NUMBER |
| RESPONDENT: **BOTMAKERS LLC, d.b.a. TARTA.AI** | **2:23-CV-08604-MEMF-MRWx** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**
  a. Name: **Dana Cardona - Apex Legal Services**
  b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**
  c. Telephone number: **(213) 488-1500**
  d. **The fee** for service was: **$ .00**
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner   ☐ employee   ☐ independent contractor.
      (ii) Registration No.: **-**
      (iii) County: **-**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/25/2024**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

**Dana Cardona**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) ▶ *(signature)*