UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC., a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>BOTMAKERS LLC, d.b.a. TARTA.AI, a Delaware Limited Liability Company,<br><br>  Defendant. | Case No.: 2:23-cv-8604-MEMF (MRW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

On May 8, 2024, Defendant filed its Motion to Dismiss.

Defendant requested that the Court dismiss Plaintiff's Complaint pursuant to 12(b)(2), (3) and (6) of the Federal Rules of Civil Procedure.

The Court, having considered Defendant's Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

Defendant's Motion to Dismiss is granted.

IT IS SO ORDERED.

Dated: _____, 2024

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge