Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
2029 Century Park E, Suite 438
Los Angeles, California 90067
Phone: 310.276.6664
Facsimile: 310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

Attorneys for Plaintiff
JOBIAK, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BOTMAKERS LLC, d.b.a. TARTA.AI, a Delaware Limited Liability Company<br><br>Defendant. | Case No.: 2:23-cv-8604-MEMF(MRW)<br><br>**DECLARATION OF OMID E. KHALIFEH IN SUPPORT OF PLAINTIFF JOBIAK, LLC'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: July 11, 2024<br>Time: 10:00 a.m.<br>Judge: The Honorable Frimpong<br>Courtroom: 8B, 8th Floor, United States District Court, 350 West First Street, Los Angeles, CA 90012. |

1

I, Omid E. Khalifeh, state that:

1. I have personal knowledge of the facts set forth herein and first-hand knowledge of same. If called upon to testify and placed under oath I could and would testify competently thereto.

2. I am the founder and principal attorney of Omni Legal Group, which represents plaintiff Jobiak LLC in this litigation.

3. Before filing this complaint, I, as Plaintiff's counsel, conducted a thorough search regarding the Defendant's business location.

4. Despite the Defendant being incorporated in Delaware, an internet search I conducted revealed that Tarta.Ai claims its headquarters is in California, as shown on their LinkedIn and Twitter accounts. At least as late as April 6, 2024, Tarta.Ai's LinkedIn page identified Playa Vista, CA, as its headquarters (Exhibit A).

5. Defendant submitted this Motion to Dismiss on May 8, 2024, raising jurisdictional grounds. I again conducted a search regarding the Defendant's business location and discovered that the headquarters on their LinkedIn page had been changed to Kyiv, Ukraine (Exhibit B).

6. Furthermore, my search led me to associated LinkedIn pages related to Tarta.ai, which list their headquarters as Los Angeles, CA (Exhibit C). In particular, I noticed that these associated pages share the same operating logo as the Defendant.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of May, 2024, at Los Angeles, California.

/s/ Omid E. Khalifeh
Omid E. Khalifeh

# EXHIBIT A





# EXHIBIT B



# EXHIBIT C

