Xinlin Li Morrow (State Bar No. 281707)
Zhener Low (State Bar No. 355279)
xinlin@moni.law
zhener@moni.law
**Morrow Ni LLP**
3333 Michelson Drive Suite 300
Irvine, CA 92612
Telephone: (213) 282-8166

*Attorneys for Defendant*
*Botmakers LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC., a Delaware Limited Liability Company;<br><br>         Plaintiff,<br>    v.<br><br>BOTMAKERS LLC, d.b.a. TARTA.AI, a Delaware Limited Liability Company<br><br>         Defendant. | Case No.  2:23-cv-8604-MEMF (MRW)<br><br>**DECLARATION OF XINLIN LI MORROW IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION**<br><br>Date:         October 17, 2024<br>Time:        10:00 a.m.<br>Judge:      The Honorable Maame Ewusi-Mensah Frimpong<br>Location:   Courtroom 8B, 8th Floor, United States District Court, 350 West First Street, Los Angeles, CA, 90012 |

I, Xinlin Li Morrow, declare as follows:

1. I am an attorney at law duly licensed to practice in California. I am admitted to practice before this Court. I am an attorney at Morrow Ni LLP, counsel of record for Defendant Botmakers LLC ("Botmakers") in this action. I make this declaration in support of Botmakers' Reply to Plaintiff's Opposition to Botmakers' Motion to Dismiss. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of screenshots of the website https://alljobs.ai as accessed by my firm on or around August 8, 2024. The screenshots depict the landing page, followed by the search results pursuant to our random test search for "plumber" jobs in Houston, Texas, followed by a partial view of the first job listing that turns up on our test search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2024, at Laguna Beach, California.

                                                      */s/ Xinlin Li Morrow*
                                                      Xinlin Li Morrow

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service on this date of the public copy of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

By:  */s/ Xinlin Li Morrow*

Xinlin Li Morrow