# EXHIBIT 1







Search 7M+ Jobs in AllJobs

Job title, keywords, skills or company

Location

All Categories

FIND JOBS

Advanced Search

## Jobs from Featured Companies

## Jobs By Classification

5,065,155

529,586

Full Time Jobs

Part Time Jobs

**382,573**
Other Jobs

**221,136**
Contractor Jobs

**113,572**
Intern Jobs

**102,409**
Temporary Jobs

**15,185**
Per Diem Jobs

**6,267**
Volunteer Jobs

## Jobs by Location

Jobs in New York,NY (116,751)

Jobs in Chicago,IL (66,982)

Jobs in Houston,TX (64,046)

Jobs in Washington,DC (58,630)

Jobs in Atlanta,GA (55,365)

Jobs in Dallas,TX (53,826)

Jobs in Boston,MA (51,578)

Jobs in Los Angeles,CA (51,224)

Jobs in San Diego,CA (46,603)

Jobs in Austin,TX (42,102)

View All

## Jobs by Category

Therapeutic Services (1,035,526)

General Management (420,743)

Professional Sales (351,122)

Restaurants And Food/Beverage Services (337,269)

Administrative Support (288,614)

Engineering And Technology (165,639)

Programming And Software Development (159,079)

Operations Management (142,983)

Teaching/Training (137,375)

Marketing Management (130,045)

View All

## Jobs by Companies

Walmart (73,477)

Autozone (51,705)

Mcdonald's (47,168)

Nebraska Methodist Health System (38,200)

Arby's (36,109)

Dollar General (34,966)

National Vision, Inc. (32,030)

Deloitte (31,114)

Hca (28,781)

Ecs Virtual Support (28,699)

View All

Copyright © 2024 AllJobs. All Rights Reserved

About Us | Blog | Contact | Privacy Policy | Cookie Policy | Terms of Service

plumber

Houston, TX

SEARCH

More Search Options

Clear Search

All Categories

All Companies

Houston,TX (53)

All Job Types

Date Posted

Search By Skill

53 Jobs Plumber Available In Houston, TX

**Plumber**

Posted on: 07/25/2024

The University Of Texas M. D. Anderson Cancer Center
Houston, TX, United States

**View Job Listing**

**Lead Plumber**

Posted on: 07/25/2024

Benjamin Franklin Plumbing Of Long Island
Houston, TX, United States

**View Job Listing**

8/8/24, 1:04 PM Case 2:23-cv-08604-MEMF-MRW Search 53 Jobs Plumber available in Houston, TX | AllJobs Document 27-3 Filed 08/13/24 Page 6 of 9 Page ID #:292

**Lead Plumber**

Posted on: 07/25/2024

Benjamin Franklin Plumbing Of Long Island

Houston, TX, United States

View Job Listing

**Licensed Plumber**

Posted on: 07/25/2024

Village Plumbing & Air

Houston, TX, United States

View Job Listing

**Journeyman Plumber**

Posted on: 07/26/2024

The University Of Texas M. D. Anderson Cancer Center

Houston, TX, United States

View Job Listing

**Journeyman Plumber**

Posted on: 07/26/2024

The University Of Texas M. D. Anderson Cancer Center

Houston, TX, United States

View Job Listing

**Plumber II**

Posted on: 07/26/2024

Service Experts, Service Experts Heating & Air Conditioning

Houston, TX, United States

View Job Listing

**Journeyman Plumber**

Posted on: 08/08/2024

Tdindustries

https://alljobs.ai/search?keyword=plumber&location=Houston%2C+TX&category= 2/4

Houston, TX, United States

View Job Listing

**Plumber Helper**

Posted on: 07/26/2024

Service Experts, Service Experts Heating & Air Conditioning

Houston, TX, United States

View Job Listing

**Lead / Junior Plumber**

Posted on: 07/26/2024

Benjamin Franklin Plumbing Of Long Island

Houston, TX, United States

View Job Listing

**Journeyman Plumber**

Posted on: 07/26/2024

Service Experts, Service Experts Heating & Air Conditioning

Houston, TX, United States

View Job Listing

**Licensed Plumber**

Posted on: 07/25/2024

RighTime Home Services Riverside

Houston, TX, United States

View Job Listing

**Licensed Plumber**

Posted on: 07/25/2024

Will Fix It

Houston, TX, United States

View Job Listing

8/8/24, 1:04 PM Search 53 Jobs Plumber available in Houston, TX | AllJobs

**Journeyman Plumber**

Posted on: 07/25/2024

Air Tech Heating & AC

Houston, TX, United States

View Job Listing

**Airport Services Plumber**

Posted on: 07/24/2024

Jbt Corporation

Houston, TX, United States

View Job Listing

1

2

Copyright © 2024 AllJobs. All Rights Reserved

About Us | Blog | Contact |

Privacy Policy | Cookie Policy

| Terms of Service

https://alljobs.ai/search?keyword=plumber&location=Houston%2C+TX&category= 4/4

 https://alljobs.ai/search?keyword=plumber&location=Houston%2C+TX&category=

**Plumber**
Posted on: 07/25/2024
The University Of Texas M. D. Anderson Cancer Center
Houston, TX, United States

**Lead Plumber**
Posted on: 07/25/2024
Benjamin Franklin Plumbing Of Long Island
Houston, TX, United States

**Lead Plumber**
Posted on: 07/25/2024
Benjamin Franklin Plumbing Of Long Island
Houston, TX, United States

**Licensed Plumber**
Posted on: 07/25/2024
Village Plumbing & Air
Houston, TX, United States

**Journeyman Plumber**
Posted on: 07/26/2024
The University Of Texas M. D. Anderson Cancer Center
Houston, TX, United States

**Plumber**

The University Of Texas M. D. Anderson Cancer Center

Houston, TX, United States

**Salary :** $ 25.22 per hour

Apply Now

Share this job:

**Show More +**

SUMMARY

**The primary purpose of the Plumber is to provide skilled plumbing work of the journeyman level in the installation, maintenance, and repair of domestic water, steam, natural gas, sewer, compressed air, vacuum, medical gases, and other utility systems. Responsible for assigned plumbing duties either issued orally or by written instructions. This role may also be responsible for the supervision of all contracted plumbing and piping work for production and quality control purposes.**

KEY FUNCTIONS

**1. Maintain an Efficient Response to Work Orders and Assist Other Shops**

- Install new plumbing systems such as; $CO^2$, compressed house and lab air, vacuum, natural gas, domestic hot/cold water, RO water, sanitary/storm, and vents.
- Repair and maintain existing plumbing systems such as; $CO^2$, compressed house and lab air, vacuum, natural gas, domestic hot/cold water, RO water, sanitary/storm, and vents.
- Understand the use of threading machines, ratchets, and all hand and shop tools of the trade (i.e., pipe threader, cutter and reamer, system hangars, and unistruts).
- Respond to all client "Dispatch" work order requests.
- Requisition parts and materials using Stock Issue forms to help maintain O&M Warehouse inventory