Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
2029 Century Park E, Suite 438
Los Angeles, California 90067
Phone: 310.276.6664
Facsimile: 310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

*Attorneys for Plaintiff Jobiak LLC*

Xinlin Li Morrow (State Bar No. 281707)
Zhener Low (State Bar No. 355279)
xinlin@moni.law
zhener@moni.law
**Morrow Ni LLP**
3333 Michelson Drive, Suite 300
Irvine, CA 92612
Telephone: (213) 282-8166

*Attorneys for Defendant Botmakers LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC., a Delaware Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>BOTMAKERS LLC, d.b.a. TARTA.AI, a Delaware Limited Liability Company<br><br>Defendant. | Case No. 2:23-cv-8604-MEMF (MRW)<br><br>**The Honorable Maame Ewusi-Mensah Frimpong**<br><br>**JOINT STIPULATION TO ADOPT TENTATIVE ORDER GRANTING MOTION TO DISMISS [ECF NO. 20]**<br><br>Hearing: October 31, 2024 at 10:00 a.m. |

1     Plaintiff Jobiak, LLC and Defendant Botmakers LLC, by and through their undersigned counsel, hereby stipulate to the Court's tentative order granting Defendant's Motion to Dismiss (ECF No. 20) and granting Plaintiff leave to amend and limited scope discovery for the purposes of establishing jurisdiction. In accordance with instructions from the Court's chambers, the parties jointly request that the Court take the matter off the hearing calendar on October 31, 2024 at 10:00 a.m.

    The filer of this document, Xinlin Li Morrow of Morrow Ni LLP, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

DATED: October 30, 2024

**OMNI LEGAL GROUP**

By:     */s/ Omid E. Khalifeh*
        Omid E. Khalifeh

*Attorneys for Plaintiff*

DATED: October 30, 2024

**MORROW NI LLP**

By:     */s/ Xinlin Li Morrow*
        Xinlin Li Morrow

*Attorneys for Defendant*