Omid E. Khalifeh, SBN 267340
Ariana Santoro, SBN 300767
Louise Jillian Paris, SBN 347801
**OMNI LEGAL GROUP**
10880 Wilshire Blvd. Ste. 1860
Los Angeles, California 90036
Phone: 310.276.6664
Facsimile: 310.305.1550
omid@omnilg.com
ariana@omnilg.com
jillian@omnilg.com

*Attorneys for Plaintiff Jobiak LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBIAK, LLC., a Delaware Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>BOTMAKERS LLC, d.b.a. TARTA.AI, a Delaware Limited Liability Company<br><br>Defendant. | Case No. 2:23-cv-08604-MEMF(MBKx)<br><br>**NOTICE OF PLAINTIFF JOBIAK LLC'S INTENT NOT TO FILE AN AMENDED COMPLAINT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order dated March 24, 2025 (Dkt. 37), which granted Plaintiff leave to conduct limited jurisdictional discovery and to file either an amended complaint or a notice of intent not to amend within ninety (90) days, Plaintiff Jobiak LLC respectfully submits this Notice of Intent Not to File an Amended Complaint.

Since the Court's Order discharging the Order to Show Cause, Plaintiff has diligently conducted additional jurisdictional discovery efforts in order to assess whether amendment of the complaint could cure the jurisdictional deficiencies identified by the Court. These efforts included the issuance of additional discovery requests, a review of publicly available and third-party materials, and internal analysis of evidence relating to the location and manner of Defendant's conduct relevant to the claims previously asserted.

After careful consideration of the factual record developed during this post-dismissal period and in consultation with counsel, Plaintiff has determined that it will not proceed with filing an amended complaint in this forum at this time. In light of the Court's prior findings regarding personal jurisdiction and the information presently available, Plaintiff believes that pursuing this matter in an alternative forum may be more appropriate.

Accordingly, Plaintiff notifies the Court and all parties that it does not intend to file an amended complaint in the Central District of California.

Plaintiff expressly reserves all rights and remedies available to it under applicable law, including the right to initiate a new civil action in another forum with proper jurisdiction, including but not limited to the jurisdiction in which Defendant Botmakers LLC is incorporated and principally operates.

Case No. 2:23-cv-08604-MEMF(MBKx)     1     **NOTICE OF INTENT NOT TO FILE**

DATED: June 23, 2025

Respectfully submitted,

**OMNI LEGAL GROUP**

By: */s/ Omid E. Khalifeh*
    Omid E. Khalifeh
    *Attorneys for Plaintiff*